UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.I., ET AL.,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

20-CV-6756 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant was served on August 25, 2020, and its answer was due on September 15, 2020.  (Dkt. No. 6.)   The deadline to respond to the complaint was extended to November 16, 2020 (Dkt. No. 8), but as of the date of this order the docket does not indicate that Defendant has filed a response.

Defendant is directed to advise the Court in writing by December 1, 2020 regarding why it has failed to respond to the complaint on or before the deadline.

SO ORDERED.

Dated: November 18, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge